IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL STIEF, | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil No. 5:20-cv-06272-JMG |
| | : |
| ROBESON TOWNSHIP, *et al.*, | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this 26th day of May, 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 2), Plaintiff's response thereto (ECF No. 3), and Defendants' reply (ECF No. 4), and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 2) is **GRANTED**. All federal and state law claims against the Defendants are **DISMISSED WITHOUT PREJUDICE.**

2. Plaintiff is **GRANTED** leave to file an amended complaint as to his § 1983 claims against Defendants,[1] no later than **June 30, 2021**. If Plaintiff does not file an amended complaint, then the federal claims will be dismissed with prejudice, and Plaintiff may refile his state law claims in the appropriate state court, if he so chooses.

3. The Clerk is directed to **CLOSE** this case statistically.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] As noted in the Memorandum Opinion, the only remaining Defendants are Brad Brenner and Robeson Township.