IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL STIEF,
      Plaintiff,

v.  :  Civil No. 5:20-cv-06272-JMG

ROBESON TOWNSHIP, *et al.*,
      Defendants.

## ORDER

**AND NOW**, this 2nd day of November, 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 14), Plaintiff's response thereto (ECF No. 15), and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 14) is **GRANTED** as follows:

    a. Count III of the Amended Complaint (ECF No. 13) is **DISMISSED WITH PREJUDICE.**

    b. Counts I and II of the Amended Complaint (ECF No. 13) are **DISMISSED WITHOUT PREJUDICE.** Plaintiff may refile these state law claims in the appropriate state court, if he so chooses.

2. The Clerk is directed to **CLOSE** this case statistically.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge